UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY INSURANCE FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 PAINTING INDUSTRY ANNUITY FUND and TRUSTEES OF THE DISTRICT COUNCIL NO. 9 FINISHING TRADES INSTITUTE and TRUSTEES OF THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES NATIONAL PENSION FUND and THE DISTRICT COUNCIL NO. 9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,

       Plaintiffs,

-against-

SQUARE INCH DESIGN CORP.,

       Defendant.

Index No.: 21-CIV-2275 (KMK)

DEFAULT JUDGMENT

---

This action having been commenced on March 16, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Square Inch Design Corp. on March 18, 2021 via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on March 24, 2021 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of Thirty Nine Thousand Four Hundred Twenty-Two Dollars and Ninety-Eight ($39,422.98), which includes the following: unpaid benefit fund contributions due and owing in the minimum sum of $29,950.84 based on Employer remittance reports for the period week ending August 30, 2020 through September 27, 2020; $914.97 in interest calculated at 2% above prime per annum through to April 27, 2021; $5,990.17 in liquidated damages calculated at 20% of the

principal amount; attorneys' fees in the amount of $2,095.00; and court costs and disbursements in the amount of $473.00 pursuant to the Trade Agreement and in accordance with Section 502 (g)(2)(D) of ERISA 29 U.S.C. 1132 (g)(2)(D)).

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
      July 14    , 2021

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.